IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE AND STATESVILLE DIVISIONS

Docket No. 5:19-MC-0006

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **STANDING ORDER GOVERNING** | ) |
| **CRIMINAL CASES BEFORE THE** | ) |
| **HONORABLE KENNETH D. BELL** | ) |

This order shall apply to all criminal cases in which the initial charging document is filed on or after June 27, 2019 and that are assigned to the docket of the Honorable Kenneth D. Bell.

1. Objections to the Presentence Investigation Report. Any objections to the PSR must be served not later than fourteen (14) days after receipt of the PSR. See Fed.R. Crim. P. 32(f)(1). An extension of up to seven (7) calendar days may be granted at the discretion of the United States Probation Office; otherwise, enlargements of time may be obtained only upon written motion to the Court. Each objection to a PSR shall:

    a. Specify the page and paragraph of the PSR to which the objection applies;

    b. Include a proposed amendment or modification to the language of the relevant paragraph of the PSR; and

    c. Include a statement as to how the calculations of the defendant's offense level and/or criminal history will be affected if the objection is allowed, including calculations of the resulting Guidelines ranges for imprisonment and fines.

2. Motions for Departure/Variance; Sentencing Memoranda. Any motion for a departure or variance from the advisory Sentencing Guidelines range, as well as any sentencing memorandum counsel may wish to submit for the Court's consideration, must be filed not later than eight (8) business days before the first day of the Motions/sentencing term, with any memorandum in opposition due to be filed not later than one (1) business day before the first day of the term.

Signed: June 28, 2019

Kenneth D. Bell
United States District Judge