IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE AND STATESVILLE DIVISIONS

Docket No. 5:19-MC-0006

IN RE:                                              )
                                                    )
STANDING ORDER GOVERNING                            )
CRIMINAL CASES BEFORE THE                           )
HONORABLE KENNETH D. BELL                           )

   This order shall apply to all criminal cases in which the initial charging document is filed on or after August 22, 2022, and that are assigned to the docket of the Honorable Kenneth D. Bell.

   1. Objections to the Presentence Investigation Report. Any objections to the PSR must be served not later than fourteen (14) days after receipt of the PSR. See Fed.R. Crim. P. 32(f)(1). An extension of up to seven (7) calendar days may be granted at the discretion of the United States Probation Office; otherwise, enlargements of time may be obtained only upon written motion to the Court. Each objection to a PSR shall:

      a. Specify the page and paragraph of the PSR to which the objection applies;

      b. Include a proposed amendment or modification to the language of the relevant paragraph of the PSR; and

      c. Include a statement as to how the calculations of the defendant's offense level and/or criminal history will be affected if the objection is allowed, including calculations of the resulting Guidelines ranges for imprisonment and fines.

   2. Motions for Departure/Variance; Sentencing Memoranda. Any motion for a departure or variance from the advisory Sentencing Guidelines range, as well as any sentencing memorandum counsel may wish to submit for the Court's consideration, must be filed not later than eight (8) business days before the sentencing date, with any memorandum in opposition due to be filed not later than one (1) business day before the first day of the term.

   3. Initial Trial Setting. Upon the entry of a not guilty plea, the magistrate judge is authorized to grant a single continuance if: (1) there are no objections to this proposed continuance; and (2) the Court's next Criminal term is less than thirty (30) days from the date of the arraignment. Any objection to this continuance must be made at the time of arraignment or written waiver of arraignment or will be deemed waived.

Signed: August 22, 2022

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge